COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-11-00552-CV

Style:          Maxine Adams and Cecil Adams

          **v** Rebecca Ross

Date motion filed[*]:          January 6, 2013

Type of motion:          Motion filed (Emergency Motion to Review Sufficiency of Appeal Bond Pursuant to Tex. R. App. P. 24.4)

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?     Yes

If motion to extend time:

        Original due date:

        Number of previous extensions granted:        Current Due date:

        Date Requested:

Ordered that motion is:

     ☐     Granted

          If document is to be filed, document due:

          ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☑     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐     Other: _____

Judge's signature:     /s/ Harvey Brown
          ☐ Acting individually     ☐ Acting for the Court

Panel consists of

Date: January 24, 2013

November 7, 2008 Revision